# Memorandum
## Office of the United States Trustee

Thomas F. Eagleton U. S. Courthouse
111 South 10th Street, Suite 6353
St. Louis, MO 63102
(314) 539-2976; FAX 539-2990

---

| SUBJECT: | | DATE: December 2, 2014 |
|---|---|---|
| Chapter 11 Creditors' Meetings | | |

TO:   Debtor's Counsel (or Debtor if Pro Se)          FROM:   Paul A. Randolph
                                                                                                  Assistant U. S. Trustee

        Office of General Counsel
        Missouri Department of Revenue

   The following Chapter 11 case is set for hearing pursuant to 11 U.S.C. §341 on the date, time, and location indicated below.

   Pursuant to Local Bankruptcy Rule 2002-2, the notice of commencement of case and meeting of creditors will be sent by the Court unless a party is authorized by the Court to provide said notice.

   Pursuant to Fed.R.Bankr.P. 2002(j), every debtor's matrix is to include the Internal Revenue Service at the following address:

> Internal Revenue Service
> Insolvency 5334 STL
> P. O. Box 7346
> Philadelphia, PA  19101

| Date | Time | Case No. | Debtor | U. S. Trustee Attorney |
|---|---|---|---|---|
| 12/31/14 | 9:00 a.m. | 14-47154 | Patterson, Mark Alan | Martha Dahm |

**Location:**

[✓]   Thomas F. Eagleton U. S. Courthouse, 111 South 10th Street, Suite 6365A, St. Louis, Missouri 63102

[ ]   City Council Chambers, City Hall, 401 Independence St., Cape Girardeau, Missouri

[ ]   Municipal Court Room, 1st Floor, 777 Broadway, Hannibal, Missouri